MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415.436.7324
Facsimile:  415.436.7234
email: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. APPROXIMATELY $146,050 IN UNITED STATES CURRENCY;<br><br>2. FOUR WESTERN UNION MONEY ORDERS, SERIAL NUMBERS 140874444122, 140874444131, 140874444140, 140874444158;<br><br>3. 124 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT;<br><br>4. 84 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT;<br><br>5. 27 ASSORTED PIECES MARIJUANA GROW EQUIPMENT,<br><br>Defendants. | No. CV 10-4580 MEJ<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

This matter is set for a Case Management Conference before the Court on January 20, 2011. However, pursuant to an agreement between the United States and potential claimant, Eric Tran, by

and through his attorney, Michael Gains, the time for the claimant to file his claim and answer has been extended to February 25, 2011. Mr. Gains has informed the United States that he is currently in a murder trial that should conclude by February 23, 2011. The parties are also engaged in settlement discussions. No other parties have appeared in the case and no issues have been joined. Accordingly, the United States requests the Court to continue the Case Management Conference until March 31, 2011, or until such other time is convenient for the Court.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: January 13, 2011

SUSAN B. GRAY
Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the Case Management Conference currently set for January 20, 2011, is continued to March 31, 2011, at 10.00 a.m.

IT IS SO ORDERED.

Dated: January 17, 2011

MARIA-ELENA JAMES
United States District Judge

Stip. to Cont. CMC
CV 10-4580 MEJ                                2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Michael Gaines, Esq.
Christopher A. Dove, Esq.
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94108
(Attorneys for Eric Quoc Tran and Calvin Tran)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13 day of January, 2011, at San Francisco, California.

HECTOR LOPEZ
Legal Assistant
Asset Forfeiture Unit

Stip. to Cont. CMC
CV 10-4580 MEJ                       3