MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:   415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>1. APPROXIMATELY $146,050 IN UNITED STATES CURRENCY,<br><br>2. FOUR WESTERN UNION MONEY ORDERS, SERIAL NUMBERS 140874444122, 140874444131, 140874444140, 140874444158,<br><br>3. 124 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,<br><br>4. 84 ASSORTED PIECES OF MARIJUANA GROW EQUIPMENT,<br><br>5. 27 ASSORTED PIECES MARIJUANA GROW EQUIPMENT.<br><br>                Defendants. | No. CV 10-4580 MEJ<br><br>JUDGMENT OF FORFEITURE |

///
///

1  UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good
2  cause shown, it is by the Court on this ___ day of  March 11 , 2011,
3  ORDERED, ADJUDGED AND DECREED that: (1) $136,050 of Defendant $146,050;
4  (2) defendant four WESTERN UNION money orders, serial numbers 140874444122,
5  140874444131, 140874444140, 140874444158; (3) defendant 124 assorted pieces of marijuana
6  grow equipment; (4) defendant 84 assorted pieces of marijuana grow equipment; (5) defendant
7  27 assorted pieces marijuana grow equipment, be, and hereby are, FORFEITED to the United
8  States for disposition by the Attorney General in accordance with law; and it is FURTHER
9  ORDERED that the instant case be, and hereby is, DISMISSED.

                                   _____
                                   HONORABLE MARIA ELENA JAMES
                                   United States Magistrate Judge

Judgment of Forfeiture                              2